Friday
10-09-15

I'm writing you to find out if my <u>Petition For Discretion Review</u> has been ruled on in Fourteenth Court of Appeal case # No. 14-10-00437-CR

RECEIVED IN
COURT OF CRIMINAL APPEALS

OCT 16 2015

Abel Acosta, Clerk

Sincerly

Clyde H. Crump

c.c.
Filed